(UPSTCL) T

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 3/12/08              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

NADINE WITKIN,

                 Plaintiff,         :     Case No. 08 Civ 1207 (PKC)

     -against-

TAMAR WITKIN-MARCUS,          :     **STIPULATION**

                 Defendant.

------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that defendant's time to answer or move with respect to the complaint herein is extended to and including March 31, 2008, and that the sending of a letter to the Court by such date requesting a pre-motion conference, in anticipation of a motion to dismiss the complaint, shall further extend defendant's time to answer or move with respect to the complaint until such time as the parties may agree or the Court may direct.

Dated: New York, New York
       March 7, 2008

LYNN & CAHILL, LLP                 WARSHAW BURSTEIN COHEN
                                     SCHLESINGER & KUH, LLP

By: _____          By: _____
   Ronald W. Adelman (RA-8633)      Robert Fryd (RF-6413)
Attorneys for Plaintiff             Attorneys for Defendant
500 Fifth Avenue, 14th Floor       555 Fifth Avenue
New York, New York 10110        New York, New York 10017
(212) 719-4400                  (212) 984-7700

SO ORDERED:

_____
    U.S.D.J.    3-12-08

552343:1