AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u>  DISTRICT OF  <u>NEW YORK</u>

NADINE WITKIN

   against

TAMARI WITKIN MARCUS

**APPEARANCE**

Case Number: 08 Civ 1207 (PKC)

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

  defendant

  I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/3/2008 | _Robert Fryd_ (signature) |
| Date | Signature |
| | Robert Fryd    RF-6413 |
| | Print Name    Bar Number |
| | 555 Fifth Avenue |
| | Address |
| | New York   New York   10017 |
| | City   State   Zip Code |
| | (212) 984-7700   (212) 972-9150 |
| | Phone Number   Fax Number |