UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADINE WITKIN,

                *Plaintiff*,

-against-

TAMAR WITKIN- MARCUS,

                *Defendant.*

08-CV-1207 (PKC)
ECF Case

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.3(d), Lynn & Cahill LLP, counsel for plaintiff Nadine Witkin has changed its office address to 58 West 40th Street, New York, NY 10018. All other contact information for the firm and the undersigned attorneys remain unchanged.

Dated: New York, New York
       April 14, 2008

                          Respectfully submitted,

                          LYNN & CAHILL LLP

                By:  s/ John R. Cahill
                        John R. Cahill (JC-4229)
                        Ronald W. Adelman (RA-8633)
                        58 West 40th Street
                        New York, NY 10018
                        (212) 719-4400
                        *Attorneys for Plaintiff Nadine Witkin*