UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08

----------------------------------------------------------x

Nadine Witkin

                      Plaintiff(s),                      08 Civ. 1207 (PKC)

       -against-

Taras Witkin - Marchus

                       ORDER

                      Defendant(s).

----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By _May 19_ 2008 the ~~plaintiff(s)~~ ~~defendant(s)~~ parties shall _meet with a view towards resolution of all or a substantial part of their disputes._

2. ~~By~~ _Between May 20 and June 20,_ 200_, the plaintiff(s) ~~defendant(s)~~ parties ~~shall~~ _may conduct jurisdictional discovery (personal and subject matter)._

3.

4.

5.

6.  The next conference in this matter will be held on July 15, 2008 at 9:30 a.m.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 18