```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

# LYNN & CAHILL LLP

# MEMO ENDORSED

BY FAX (212) 805-7949
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

May 8, 2008

*[Handwritten endorsement:]* Meeting date is extended to settlement is extended to May 21. Jurisdictional discovery period is extended to June 27.
SO ORDERED
/s/ JDS
5-8-08

Re: *Witkin v. Witkin-Marcus*, 08-CV-1207 (PKC)

Dear Judge Castel:

We represent the plaintiff, Nadine Witkin, in this action. By order dated April 18, 2008 (attached), the Court directed the parties to meet with their New York and New Jersey counsel by May 19, 2008 to discuss settlement. Due to the difficulty of coordinating the schedules of six busy people, May 21, 2008 is the first possible date that the parties and their counsel could all get together. Accordingly, I respectfully request that the Order be amended to extend the time to meet through and including May 21, 2008.

The Order also provided that jurisdictional discovery commence on May 20, 2008 and conclude on June 20, 2008. In view of the requested short extension of the timeframe for the meeting, I also respectfully request that the period for jurisdictional discovery run from May 22, 2008 through and including June 27, 2008.

Defendant's counsel joins in these requests.

Respectfully,

John R. Cahill

cc: Robert Fryd, Esq. (by e-mail)

58 West 40th Street, New York, NY 10110 | T 212-719-4400 F 212-719-4440 | www.lynncahill.com