USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NADINE WITKIN

                    Plaintiff(s),

    -against-

TAMAR WITKIN-MARCUS

                    Defendant(s).

------------------------------------------------------------x

08 Civ. 1207 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

    As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By October 3, 2008, the ~~plaintiff(s)~~ defendant(s) ~~parties~~ shall file (her) ~~their~~ motion to dismiss or stay. Plaintiff may respond by October ~~24~~ 31. Reply, if any, due by November 28.

2. ~~By _____ 200_, the plaintiff(s) defendant(s) parties shall refer to Magistrate Judge for settlement purposes.~~

-2-

3.

4.

5.

6.  The next conference in this matter will be held on ~~_____, 200_ at_____~~.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
8-8-08