# WARSHAW BURSTEIN COHEN SCHLESINGER & KUH, LLP

### 555 FIFTH AVENUE • NEW YORK, N.Y. 10017

TELEPHONE: (212) 984-7700

FACSIMILE: (212) 972-9150

www.wbcsk.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

ROBERT FRYD
DIRECT DIAL: 212-984-7855
EMAIL: RFRYD@WBCSK.COM

# MEMO ENDORSED

August 13, 2008

### VIA FAX NO. 212/805-7949

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Witkin v. Witkin-Marcus
Case No. 08 Civ. 1207 (PKC)

Dear Judge Castel:

At the conference in the above-referenced action on August 8, 2008, Your Honor directed me to submit a letter responding to the assertion by John Cahill, Esq., counsel for plaintiff (Nadine Witkin) in this action, that Robert Gaskill, Esq., counsel for defendant (Tamari Witkin-Marcus) in the New Jersey proceedings, has failed to respond to Mr. Cahill's communications to him. Attached is a letter from Mr. Gaskill to me setting forth his response.

Respectfully,

Robert Fryd

Robert Fryd

RF:ll

cc:    John R. Cahill, Esq. (via fax no. 212/719-4440)
Robert Gaskill, Esq. (via email)
Tamari Witkin-Marcus (via email)

574227;1

*[Handwritten endorsement:]* Mr. Cahill is directed to respond to the letter of A copy (particularly ¶ 3 of Mr. Gaskill the last two paragraph on p. 2.) If Mr. Cahill believes he was "misunderstood" then he should promptly call Mr. Gaskill to iron matters out. If Mr. Gaskill's is correct, then it is the undermines the statements made by Mr. Cahill to me. Settlements not at issue. This one breakdown over substance appears to have failed because of poor communications between the various counsel. SO ORDERED [signature] 8-20-08